## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**EDDIE VINCENT RUTLEDGE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1533

[September 10, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502008CF000919AXXXMB.

Eddie Vincent Rutledge, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***